Deno Himonas (5483)
John Pearce (8585)
JONES, WALDO, HOLBROOK & McDONOUGH
1500 Wells Fargo Plaza
170 South Main Street
Salt Lake City, UT 84101

Terry Johnson (admitted *pro hac vice*)
Douglas J. Clark (admitted *pro hac vice*)
Steven Guggenheim (admitted *pro hac vice*)
Kent W. Easter (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
SONIC INNOVATIONS, INC., ANDREW
RAGUSKAS, and STEPHEN WILSON

FILED
CLERK, U.S. DISTRICT COURT
30 APR 01 PM 3:57
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| LYNDA STEINBECK, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SONIC INNOVATIONS, INC., et al.<br><br>Defendants | CASE NO.: 2:00CV848-B<br>(Consolidated)<br><br>DEFENDANTS SONIC INNOVATIONS, INC., ANDREW RAGUSKAS, AND STEPHEN WILSON'S MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT<br><br>Judge:   Hon. Dee Benson<br><br>Oral Argument Requested |



489198_1

Defendants Sonic Innovations, Inc., Andrew Raguskas, and Stephen Wilson (collectively "Sonic") hereby move the Court to dismiss plaintiffs' consolidated Amended Complaint in its entirety on the ground that plaintiffs have failed to comply with either Federal Rule of Civil Procedure 9(b) or the pleading standards of the Private Securities Litigation Reform Act of 1995 and have otherwise failed to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is supported by the accompanying memorandum of Sonic, Sonic's Request for Judicial Notice, the Declaration of Kent W. Easter and the attached exhibits, any other documents filed in support of Sonic's motion, the pleadings on file in this action, and oral arguments made at the hearing, if any.

Dated: April 30, 2001

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Terry T. Johnson

Attorneys for Defendants
SONIC INNOVATIONS, INC., ANDREW
RAGUSKAS, and STEPHEN WILSON