RECEIVED
OCT 30 2003
OFFICE OF
JUDGE PAUL G. CASSELL

FILED
CLERK, U.S. DISTRICT COURT
-3 NOV 03 PM 1: 16
RECEIVED CLERK
DISTRICT OF UTAH
BY OCT 29 2003
DEPUTY CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LYNDA STEINBECK, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONIC INNOVATIONS, INC., et al.,<br><br>Defendants. | Case No. 2:00-CV-848-PGC<br>**(Consolidated)**<br>Judge Paul G. Cassell<br><br>~~PROPOSED~~ CLASS ACTION<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF THE PARTIES TO EXTEND THE CUTOFF FOR MOTIONS TO AMEND THE PLEADINGS** |



115

Having considered the Stipulation of the Parties to Extend the Cutoff for Motions to Amend the Pleadings, and good cause appearing, the Court ORDERS as follows:

1. The October 29, 2003 cutoff date for motions to amend the pleadings (including motions to add parties) is vacated.

2. The parties will have until December 31, 2003 to make any motions to amend the pleadings (including any motions to add parties).

IT IS SO ORDERED.

DATED: 11/3/03

THE HONORABLE PAUL G. CASSELL
UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\change\LOCALS~1\Temp\MetaSave\ORD00002869.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on October 29, 2003, declarant served the [PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES TO EXTEND THE CUTOFF FOR MOTIONS TO AMEND THE PLEADINGS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of October, 2003, at San Diego, California.

_____
MICHELE M. HENRY

# SONIC INNOVATIONS (LEAD)

Service List - 10/29/2003 (200-349)

Page 1 of 1

## Counsel For Defendant(s)

Deno Himonas
John Pearce
Jones, Waldo, Holbrook & McDonough
170 South Main Street
1500 Wells Fargo Plaza
Salt Lake City, UT  84145-0444
   801/521-3200
   801/328-0537(Fax)

Terry T. Johnson
Kent W. Easter
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA  94304-1050
   650/493-9300
   650/565-5100(Fax)

## Counsel For Plaintiff(s)

Scott A. Call
Debi Petersen
Anderson & Karrenberg
700 Bank One Tower, 50 West Broadway
Salt Lake City, UT  84101
   801/534-1700
   801/364-7697(Fax)

William S. Lerach
Edward P. Dietrich
Douglas R. Britton
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423(Fax)

jmr

United States District Court
for the
District of Utah
November 3, 2003


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:  2:00-cv-00848



True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


    Deno G. Himonas, Esq.
    JONES WALDO HOLBROOK & MCDONOUGH
    170 S MAIN ST STE 1500
    PO BOX 45444
    SALT LAKE CITY, UT  84145-0444
    EMAIL

    Kent W. Easter, Esq.
    WILSON SONSINI GOODRICH & ROSATI
    650 PAGE MILL RD
    PALO ALTO, CA  94304-1050
    EMAIL

    Timothy A. Balombin, Esq.
    WILSON SONSINI GOODRICH & ROSATI
    ONE MARKET SPEAR TOWER STE 3000
    SAN FRANCISCO, CA  94105

    Mr. Scott A. Call, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    JFAX 9,3647697

    Michael G. Lange, Esq.
    BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
    ONE LIBERTY SQUARE
    BOSTON, MA  02109

    Charles J. Piven, Esq.
    401 E PRATT ST STE 2525
    BALTIMORE, MD  21202

    Jody E. Anderman, Esq.
    LEBLANC MAPLES & WADDELL
    5353 ESSEN LN STE 420
    BATON ROUGE, LA  70809
    JFAX 8,225,7687999

    Marc A. Topaz, Esq.

SCHIFFRIN CRAIG & BARROWAY
3 BALA PLAZA E STE 400
BALA CYNWYD, PA   19004

William S. Lerach, Esq.
MILBERG BERSHAD HYNES & LERACH
401 B ST STE 1700
SAN DIEGO, CA   92101